**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION**

**RICHARD A. GARVAIS, JR.,**

        **Plaintiff,**

v.

                                   **Civil Action 2:09–cv–389
Judge Michael H. Watson
Magistrate Judge E. A. Preston Deavers**

**RELIANT INVENTORY
SOLUTIONS, INC., *et al.*,**

        **Defendants.**

## ORDER

This matter is before the Court for consideration of the November 15, 2010 Report and Recommendation of the Magistrate Judge.  The Magistrate Judge recommended that the Court deny Defendant Reliant Inventory Solutions' Motion for Sanctions (ECF No. 72) and Plaintiff's counter-request for sanctions.

The Report and Recommendation of the Magistrate Judge specifically advises parties that the failure to object to the Report and Recommendation within fourteen days of the Report results in a "waiver of the right to *de novo* review . . . by the District Judge and waiver of the right to appeal the judgment of the District Court."  Report & Recommendation 17–18, ECF No. 94.  The time period for filing objections to the Report and Recommendation has expired.  Neither party has objected to the Report and Recommendation.

The Court reviewed the Report and Recommendation of United States Magistrate Judge Elizabeth A. Preston Deavers, to whom this matter was referred pursuant to 28 U.S.C. § 636(b).  Noting that no objections have been filed and that the time for filing such objections has expired, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge.  Accordingly, Defendant Reliant Inventory Solutions' Motion for Sanctions (ECF No. 72) and Plaintiff's counter-request for sanctions are both **DENIED**.  Additionally, in light of the Report and Recommendation Plaintiff's Motion in Limine to Exclude Hearsay Testimony (ECF No. 85) is **DENIED** as moot.

    **IT IS SO ORDERED.**

                                        **MICHAEL H. WATSON, JUDGE**
                                        **UNITED STATES DISTRICT COURT**